CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 05 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL LOVERN GUTHRIE** | ) | Criminal No. 7:11cr00060 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this date, it is **ORDERED** and **ADJUDGED** that Guthrie's 28 U.S.C. § 2255 petition is **DISMISSED**, and this action is **STRICKEN** from the docket of the court.

The Court finds that Michael Lovern Guthrie has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), and **DENIES** a certificate of appealability.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** September 5, 2012.

_____
UNITED STATES DISTRICT JUDGE